# Notice Recipients

| District/Off: 0974–3 | User: Admin. | Date Created: 10/7/2024 |
|---|---|---|
| Case: 24–03761–CL7 | Form ID: 309A | Total: 17 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Andrew Paul Williams | 12136 Avenida Sivrita        San Diego, CA 92121 |
| ust | United States Trustee | Office of the U.S. Trustee        880 Front Street        Suite 3230        San Diego, CA 92101 |
| tr | Leslie T. Gladstone | 5656 La Jolla Blvd.,        La Jolla, CA 92037 |
| aty | Ronald E. Stadtmueller | 10755 Scripps Poway Pkwy., #370        San Diego, CA 92131 |
| smg | United States Trustee | Office of the U.S. Trustee        880 Front Street        Suite 3230        San Diego, CA 92101 |
| smg | Employment Develop. Dept., State of CA | Bankruptcy Unit – MIC 92E        P.O. Box 826880        Sacramento, CA 94280 |
| smg | Div. of Labor Standards Enforcement | 7575 Metropolitan Drive, Suite 210        San Diego, CA 92108 |
| smg | California Department of Tax and Fee Administration | Account Information Group, MIC:29        P.O. Box 942879        Sacramento, CA 94279–0029 |
| smg | Franchise Tax Board | Attn: Bankruptcy        P.O. Box 2952        Sacramento, CA 95812–2952 |
| 15133191 | AMEX | P.O. BOX 981537        EL PASO, TX 79998 |
| 15133193 | AUSTINCAPBK | 8100 SHOAL CREEK        AUSTIN, TX 78757 |
| 15133192 | Anderson, Ashton and Ashton | c/o Higgs Fletcher & Mack, LLP        401 West 'A' Street, Suite 2600        San Diego, CA 92101 |
| 15133194 | CAPITAL ONE | PO BOX 71083        CHARLOTTE, NC 28272–1083 |
| 15133195 | CREDITONEBNK | PO BOX 60500        CITY OF INDUSTRY, CA 91716–0500 |
| 15133196 | Ferris & Britton | 501 West Broadway, Suite 1450        San Diego, CA 92101 |
| 15133197 | Kihack Management, LLC | c/o McManus Kolenovic, PC        2122 Island Avenue        San Diego, CA 92102 |
| 15133198 | VIP Petroleum, Inc. | c/o Shahen Hairapetian        1145 South Fair Oaks Avenue        Pasadena, CA 91105 |

TOTAL: 17