1014
Rev. 11/22

# United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 8:30am − 4:30pm Monday−Friday

**Andrew Paul Williams**
 12136 Avenida Sivrita
San Diego, CA 92121
xxx−xx−6131
*No Known Aliases*

Case number:  24−03761−CL7
Chapter: 7
Judge Christopher B. Latham

**see Note**

## NOTICE OF FAILURE TO COMPLY WITH FILING REQUIREMENTS

YOU ARE HEREBY NOTIFIED that the Bankruptcy petition you filed on  10/4/24  has been accepted for filing but is defective for the reason indicated below. You must correct the defect no later than 04:30 p.m. on **10/7/24** or your case may be dismissed without further notice.

**File a list containing the name and address of each entity included or to be included on Schedules D−H. File your list of creditors (creditor matrix). Refer to CSD 1007 for instructions. If a new case was opened electronically, refer to the case opening procedures on uploading the creditor TXT file.**

PLEASE RETURN THIS NOTICE WITH THE CORRECTED DOCUMENT(S).

 Dated: 10/4/24

Mark T. Schnakenberg
Clerk of the Bankruptcy Court

Please upload creditors via Creditor Maintenance.