# Notice Recipients

District/Off: 0974–3            User: Admin.            Date Created: 10/4/2024

Case: 24–03761–CL7            Form ID: 1014            Total: 3


**Recipients of Notice of Electronic Filing:**

tr          Leslie T. Gladstone          candic@flgsd.com
aty         Ronald E. Stadtmueller          ronstadtmueller@aol.com

TOTAL: 2


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Andrew Paul Williams          12136 Avenida Sivrita          San Diego, CA 92121

TOTAL: 1