1014
Rev. 11/22

# United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 8:30am − 4:30pm Monday−Friday

**Andrew Paul Williams**
 12136 Avenida Sivrita
San Diego, CA 92121
xxx−xx−6131
*No Known Aliases*

Case number:  24−03761−CL7
Chapter: 7
Judge Christopher B. Latham

**see Note**

## NOTICE OF FAILURE TO COMPLY WITH FILING REQUIREMENTS

YOU ARE HEREBY NOTIFIED that the Bankruptcy petition you filed on  10/4/24  has been accepted for filing but is defective for the reason indicated below. You must correct the defect no later than 04:30 p.m. on  **10/7/24** or your case may be dismissed without further notice.

**File a list containing the name and address of each entity included or to be included on Schedules D−H. File your list of creditors (creditor matrix). Refer to CSD 1007 for instructions. If a new case was opened electronically, refer to the case opening procedures on uploading the creditor TXT file.**

PLEASE RETURN THIS NOTICE WITH THE CORRECTED DOCUMENT(S).

 Dated: 10/4/24

Mark T. Schnakenberg
Clerk of the Bankruptcy Court

Please upload creditors via Creditor Maintenance.

United States Bankruptcy Court

Southern District of California

In re:                                                                                          Case No. 24-03761-CL

Andrew Paul Williams                                                                Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3                          User: Admin.                                    Page 1 of 1

Date Rcvd: Oct 04, 2024                  Form ID: 1014                                Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2024:**

**Recip ID                      Recipient Name and Address**
db                          + Andrew Paul Williams, 12136 Avenida Sivrita, San Diego, CA 92128-4547

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2024                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Leslie T. Gladstone | candic@flgsd.com  christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com |
| Ronald E. Stadtmueller | on behalf of Debtor Andrew Paul Williams ronstadtmueller@aol.com |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 3