Certificate Number: 15317-CAS-DE-039044685

Bankruptcy Case Number: 24-03761



15317-CAS-DE-039044685

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 7, 2024</u>, at <u>2:04</u> o'clock <u>PM PST</u>, <u>Andrew Williams</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Southern District of California</u>.

Date:  <u>November 7, 2024</u>          By:     <u>/s/Kaycee Cadano</u>

Name:  <u>Kaycee Cadano</u>

Title:  <u>Credit Counselor</u>