Certificate Number: 15317-CAS-DE-039044685

Bankruptcy Case Number: 24-03761



15317-CAS-DE-039044685

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 7, 2024, at 2:04 o'clock PM PST, Andrew Williams completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of California.

Date:    November 7, 2024          By:    /s/Kaycee Cadano

Name:  Kaycee Cadano

Title:  Credit Counselor