# Notice Recipients

District/Off: 0974–3          User: admin          Date Created: 01/07/2025

Case: 24–03761–CL7          Form ID: 318          Total: 17

**Recipients of Notice of Electronic Filing:**

ust     United States Trustee     ustp.region15@usdoj.gov
tr      Leslie T. Gladstone       candic@flgsd.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db        Andrew Paul Williams        12136 Avenida Sivrita        San Diego, CA 92121
aty       Ronald E. Stadtmueller       10755 Scripps Poway Pkwy., #370        San Diego, CA 92131
smg       United States Trustee        Office of the U.S. Trustee        880 Front Street        Suite 3230        San Diego, CA 92101
smg       Employment Develop. Dept., State of CA        Bankruptcy Unit – MIC 92E        P.O. Box 826880        Sacramento, CA 94280
smg       Div. of Labor Standards Enforcement        7575 Metropolitan Drive, Suite 210        San Diego, CA 92108
smg       California Department of Tax and Fee Administration        Account Information Group, MIC:29        P.O. Box 942879        Sacramento, CA 94279–0029
smg       Franchise Tax Board        Attn: Bankruptcy        P.O. Box 2952        Sacramento, CA 95812–2952
15133191  AMEX        P.O. BOX 981537        EL PASO, TX 79998
15133193  AUSTINCAPBK        8100 SHOAL CREEK        AUSTIN, TX 78757
15133192  Anderson, Ashton and Ashton        c/o Higgs Fletcher & Mack, LLP        401 West 'A' Street, Suite 2600        San Diego, CA 92101
15133194  CAPITAL ONE        PO BOX 71083        CHARLOTTE, NC 28272–1083
15133195  CREDITONEBNK        PO BOX 60500        CITY OF INDUSTRY, CA 91716–0500
15133196  Ferris & Britton        501 West Broadway, Suite 1450        San Diego, CA 92101
15133197  Kihack Management, LLC        c/o McManus Kolenovic, PC        2122 Island Avenue        San Diego, CA 92102
15133198  VIP Petroleum, Inc.        c/o Shahen Hairapetian        1145 South Fair Oaks Avenue        Pasadena, CA 91105

TOTAL: 15