**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Andrew Paul Williams | Social Security number or ITIN   xxx–xx–6131 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Southern District of California

Case number:   24–03761–CL7

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Andrew Paul Williams

1/7/25

**By order of the court:**   Mark T. Schnakenberg
Clerk of the Bankruptcy Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

United States Bankruptcy Court

Southern District of California

In re:                                                                Case No. 24-03761-CL

Andrew Paul Williams                                                  Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3              User: admin              Page 1 of 2

Date Rcvd: Jan 08, 2025         Form ID: 318            Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Andrew Paul Williams, 12136 Avenida Sivrita, San Diego, CA 92128-4547 |
| 15133192 | + | Anderson, Ashton and Ashton, c/o Higgs Fletcher & Mack, LLP, 401 West 'A' Street, Suite 2600, San Diego, CA 92101-7913 |
| 15133196 | + | Ferris & Britton, 501 West Broadway, Suite 1450, San Diego, CA 92101-3541 |
| 15133197 | + | Kihack Management, LLC, c/o McManus Kolenovic, PC, 2122 Island Avenue, San Diego, CA 92102-2825 |
| 15133198 | + | VIP Petroleum, Inc., c/o Shahen Hairapetian, 1145 South Fair Oaks Avenue, Pasadena, CA 91105-3415 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | + | EDI: FRESTADTMUELLER.COM | Jan 09 2025 04:05:00 | Ronald E. Stadtmueller, 10755 Scripps Poway Pkwy., #370, San Diego, CA 92131-3924 |
| smg | | EDI: CALTAXFEE | Jan 09 2025 04:05:00 | California Department of Tax and Fee Administratio, Account Information Group, MIC:29, P.O. Box 942879, Sacramento, CA 94279-0029 |
| smg | ^ | MEBN | Jan 08 2025 23:01:50 | Div. of Labor Standards Enforcement, 7575 Metropolitan Drive, Suite 210, San Diego, CA 92108-4424 |
| smg | + | EDI: EDD.COM | Jan 09 2025 04:05:00 | Employment Develop. Dept., State of CA, Bankruptcy Unit - MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Jan 09 2025 04:05:00 | Franchise Tax Board, Attn: Bankruptcy, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | Email/Text: ustp.region15@usdoj.gov | Jan 08 2025 23:03:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |
| 15133191 | + | Email/PDF: bncnotices@becket-lee.com | Jan 08 2025 23:16:04 | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 15133193 | | Email/Text: CSBankruptcy@austincapitalbank.com | Jan 08 2025 23:03:00 | AUSTINCAPBK, 8100 SHOAL CREEK, AUSTIN, TX 78757 |
| 15133194 | | EDI: CAPITALONE.COM | Jan 09 2025 04:05:00 | CAPITAL ONE, PO BOX 71083, CHARLOTTE, NC 28272-1083 |
| 15133195 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 08 2025 23:05:22 | CREDITONEBNK, PO BOX 60500, CITY OF INDUSTRY, CA 91716-0500 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0974-3 | User: admin | Page 2 of 2
Date Rcvd: Jan 08, 2025 | Form ID: 318 | Total Noticed: 15

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2025                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Leslie T. Gladstone | candic@flgsd.com  christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com |
| Martin A. Eliopulos | on behalf of Plaintiffs Nick Ashton elio@higgslaw.com  begaym@higgslaw.com |
| Martin A. Eliopulos | on behalf of Plaintiffs Sandra Ashton elio@higgslaw.com  begaym@higgslaw.com |
| Martin A. Eliopulos | on behalf of Plaintiffs Erik Anderson elio@higgslaw.com  begaym@higgslaw.com |
| Ronald E. Stadtmueller | on behalf of Debtor Andrew Paul Williams ronstadtmueller@aol.com |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 6