185poc
Rev. 06/22

# United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 8:30am – 4:30pm Monday–Friday

**Andrew Paul Williams**
 12136 Avenida Sivrita
San Diego, CA 92121
xxx–xx–6131
*No Known Aliases*

Case number:  24–03761–CL7
Chapter:  7
Judge  Christopher B. Latham

### Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number filed on:   **Proof of Claim No. 1, Austin Capital Bank** filed on: **2/24/25**
Title of Document:

Pursuant to the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules and Administrative Procedures 1.12 Correcting Filing or Docket Errors, the following errors or deficiencies have been found with your filed document:

 **Case Closed.**

 The Proof of Claim (form 410) can be obtained at any U.S. Bankruptcy Court or the Court's Web site @ https://www.casb.uscourts.gov/forms/proofclaim OR
Amended Claim may be filed online at https://www.casb.uscourts.gov/electronic_proof_claim_epoc

**ACTION TAKEN BY COURT**

☑  Atty/Debtor/Movant contacted on **2/24/25**          via ☐ Tel/Voice Mail        ☐ Email ☑ Mail or Other

**OTHER:**

Dated: 2/24/25

Mark T. Schnakenberg
Clerk of the Bankruptcy Court