# Notice Recipients

District/Off: 0974–3           User: Admin.              Date Created: 2/24/2025
Case: 24–03761–CL7            Form ID: 185poc            Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
15165808    Austin Capital Bank, SSB        8100 Shoal Creek Blvd        Austin, TX 78757

                                                                                TOTAL: 1