185poc
Rev. 06/22

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 8:30am – 4:30pm Monday–Friday

**Andrew Paul Williams**
 12136 Avenida Sivrita
San Diego, CA 92121
xxx–xx–6131
*No Known Aliases*

Case number:  24–03761–CL7
Chapter:  7
Judge  Christopher B. Latham

### Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number filed on:   **Proof of Claim No. 1, Austin Capital Bank** filed on: **2/24/25**
Title of Document:

Pursuant to the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules and Administrative Procedures 1.12
Correcting Filing or Docket Errors, the following errors or deficiencies have been found with your filed document:

 **Case Closed.**

 The Proof of Claim (form 410) can be obtained at any U.S. Bankruptcy Court or the Court's Web site @
https://www.casb.uscourts.gov/forms/proofclaim OR
Amended Claim may be filed online at https://www.casb.uscourts.gov/electronic_proof_claim_epoc

**<u>ACTION TAKEN BY COURT</u>**

☑ Atty/Debtor/Movant contacted on **2/24/25**          via ☐ Tel/Voice Mail     ☐ Email  ☑ Mail or Other

**<u>OTHER:</u>**

Dated: 2/24/25

Mark T. Schnakenberg
Clerk of the Bankruptcy Court

United States Bankruptcy Court
Southern District of California

In re:                                                                                          Case No. 24-03761-CL

Andrew Paul Williams                                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3                          User: Admin.                              Page 1 of 1

Date Rcvd: Feb 24, 2025                  Form ID: 185poc                        Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15165808 | Email/Text: CSBankruptcy@austincapitalbank.com | Feb 25 2025 00:38:00 | Austin Capital Bank, SSB, 8100 Shoal Creek Blvd, Austin, TX 78757 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2025                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Leslie T. Gladstone | candic@flgsd.com  christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com |
| Martin A. Eliopulos | on behalf of Plaintiffs Nick Ashton elio@higgslaw.com  begaym@higgslaw.com |
| Martin A. Eliopulos | on behalf of Plaintiffs Sandra Ashton elio@higgslaw.com  begaym@higgslaw.com |
| Martin A. Eliopulos | on behalf of Plaintiffs Erik Anderson elio@higgslaw.com  begaym@higgslaw.com |
| Ronald E. Stadtmueller | on behalf of Debtor Andrew Paul Williams ronstadtmueller@aol.com |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 6