CSD 1489 [12/01/24]

Name, Address, Telephone No. & I.D. No.

*Andrew williams*
*12641 Antioch Rd, Suite # 1045*
*Overland Park, KS 00213*
*619-796-6464*

FILED

2026 JUL 16 AM 11:10

CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
Andrew Paul Williams

Bankruptcy No. 24-03761-CL7

Debtor(s)

**MOTION TO REOPEN CASE**

The ☐Trustee ☒Debtor ☐Party in interest, Andrew Paul Williams, Debtor, In Pro Per

hereby moves for the entry of an order reopening the above-referenced case pursuant to Fed. R. Bankr. P. 5010

☐ To file the Certificate of Personal Financial Management Course

☐ To file a Certificate of Eligibility for Discharge (Spousal Support Certification – CSD 2120, 2121, 2122)

☒ To file an Amendment (CSD 1100) and Notice to Creditor (CSD 1101), if required

☐ To file a Motion to Avoid Lien(s)

☐ To file an Adversary Proceeding, except for the following:
- §523 adversary proceeding to determine dischargeability of debt
- File an adversary proceeding or motion to remedy an alleged violation of the discharge

☐ To file a Motion to Vacate Dismissal

☒ For other purpose as stated below (specify):
Limited reopen under 11 U.S.C. section 350(b) for the purpose of granting leave to amend Schedule A/

Declarations as required by LBR 9013-7(a)(1) accompany this motion.

DATED: July 7, 2026

[SIGN HERE] *A.P. Williams*

[Attorney for] Moving Party

**Reminder: The below actions do not require the reopening of the Bankruptcy case.**
- Motion to Redact/Restrict Public Access.
- Motion for Release of unclaimed funds.
- Motions for reconsideration of judicial rulings.
- Any effort to enforce a judgment in an adversary proceeding (e.g., Writs of Execution, Judgment Debtor Examinations, etc.).

*3761 Reop*