Andrew P. Williams

12641 Antioch Road, Suite #1045

Overland Park, Kansas 66213

Telephone: (619) 796-6469

Email: andrew@carwashmgmt.com

Debtor, In Pro Per

FILED

2026 JUL 16 AM 11: 05

U.S. BANKRUPTCY CT
SO DIST. OF CALIF.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re:

ANDREW PAUL WILLIAMS,

    Debtor.

Bankr. Case No. 24-03761-CL7

Chapter 7

Declaration

**DEBTOR'S MOTION TO REOPEN CASE PURSUANT TO 11 U.S.C. SECTION 350(b) FOR THE LIMITED PURPOSE OF AMENDING SCHEDULES AND COMPELLING ABANDONMENT OF CERTAIN PRE-PETITION CLAIMS; MEMORANDUM AND DECLARATION**

1

MOTION TO REOPEN CASE (11 U.S.C. 350(b))

Case No. 24-03761-CL7

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the Debtor will move this Court on a date and time TO BE SET BY THE COURT pursuant to Local Bankruptcy Rule 9013-6, or as soon thereafter as the matter may be heard in Department 1, United States Bankruptcy Court, Southern District of California, 325 West F Street, San Diego, California 92101, for an order reopening this closed Chapter 7 case for the limited purpose of granting leave under Federal Rule of Bankruptcy Procedure 1009(a) to amend Schedule A/B, adjudicating the concurrent Motion to Compel Abandonment under 11 U.S.C. section 554(b), and entering an abandonment order.

## NOTICE OF MOTION AND MOTION

The Debtor moves to reopen this case under 11 U.S.C. section 350(b). This motion is filed concurrently with the Debtor's Motion to Compel Abandonment. The Motion is based on this Notice, the Memorandum below, the Declaration of Andrew Paul Williams and exhibits, the record, and any argument the Court may permit.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.  RELIEF REQUESTED

An order reopening this closed Chapter 7 case for the limited purpose of (1) granting leave under Rule 1009(a) to amend Schedule A/B, (2) adjudicating abandonment under section 554(b), and (3) entering an abandonment order. Upon leave, the Debtor will file amended schedules listing the Reserved Claims in Exhibit A to the abandonment motion.

### II.  JURISDICTION

2

MOTION TO REOPEN CASE (11 U.S.C. 350(b))

Case No. 24-03761-CL7

28 U.S.C. sections 1334, 157(b)(2)(A) and (O); 11 U.S.C. sections 350(b), 554(b); Fed. R. Bankr. P. 1009(a), 6007(b). Core proceeding.

## III.  FACTS

1. Petition filed October 4, 2024 (Dkt. 1). Trustee: Leslie T. Gladstone.

2. No-asset estate. Report of No Distribution November 12, 2024 (Dkt. 12). Discharge January 7, 2025 (Dkt. 15). Case closed January 8, 2025 (Dkt. 16).

3. On Schedule A/B lines 33 and 34, Debtor answered No (Dkt. 1). Reserved Claims (Ex. A) were not scheduled. Under section 554(d), they remain estate property. Cusano v. Klein, 264 F.3d 936, 945-46 (9th Cir. 2001).

4. Reserved Claims are personal pre-petition tort claims in Regions v. CWM, 2:25-cv-00359-CAS-KSx (Dkt. 186), accruing before October 4, 2024.

5. June 11, 2026 trustee demand (Ex. B). No abandonment or substantive response.

## IV.  CAUSE EXISTS UNDER SECTION 350(b)

A. Standard. Section 350(b) permits reopening for cause. In re Herzig, 96 B.R. 264, 266 (9th Cir. BAP 1989). Limited reopening to schedule and abandon is routine in closed no-asset cases.

B. Limited purpose. Reopening seeks only Rule 1009(a) leave, abandonment adjudication, and an abandonment order. No discharge revocation or asset administration.

C. Administrative necessity. Closed case cannot grant section 554(b) relief without reopening. Estate ownership under section 554(d) must be resolved before district prosecution proceeds without cloud.

D. Rule 1009(a). Filed more than one year after petition. Good cause: inadvertent omission (Decl.); no distribution at stake (Dkts. 12, 16); Regions on notice since June 11, 2026; amendment discloses rather than conceals assets.

E. Judicial estoppel. Ah Quin v. County of Kauai Dep't of Transp., 733 F.3d 267, 272-74 (9th Cir. 2013). Reopen-and-amend cures schedule omission.

3

## V. NO PREJUDICE

No-asset estate (Dkt. 12). Abandonment at Debtor's expense. No creditor distribution either way (Dkts. 12, 16).

## VI. NOTICE

Noticed motion. Debtor will serve Trustee, UST, and creditors of record. Concurrent abandonment motion noticed under Rule 6007(b) and LBR 9013-4(b)(2).

## VII. CONCLUSION

Order reopening for the limited purpose stated above.

Dated: ___7/7___ , 2026

Respectfully submitted,

Andrew P. Williams
Andrew Paul Williams
Debtor, In Pro Per

4

MOTION TO REOPEN CASE (11 U.S.C. 350(b))

Case No. 24-03761-CL7