Andrew P. Williams

12641 Antioch Road, Suite #1045

Overland Park, Kansas 66213

Telephone: (619) 796-6469

Email: andrew@carwashmgmt.com

Debtor, In Pro Per

FILED

2026 JUL 16 AM II: 02

CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re:

ANDREW PAUL WILLIAMS,

    Debtor.

Bankr. Case No. 24-03761-CL7

Chapter 7

**DECLARATION OF ANDREW PAUL WILLIAMS IN SUPPORT OF MOTIONS TO REOPEN AND COMPEL ABANDONMENT**

Judge: Hon. Christopher B. Latham

**DECLARATION OF ANDREW PAUL WILLIAMS**

1

I, Andrew Paul Williams, declare:

1. I am the Debtor in this Chapter 7 case and Defendant in Regions Bank dba Ascentium Capital v. Car Wash Management, LLC, No. 2:25-cv-00359-CAS-KSx (C.D. Cal.). I have personal knowledge of the facts stated herein except where noted as based on records, and if called as a witness I could testify competently to them.

**Schedule omission**

2. I filed my voluntary Chapter 7 petition on October 4, 2024 (Dkt. 1).

3. At that time I understood Schedule A/B lines 33 and 34 to ask about legal claims existing as of the petition date. I did not then understand that pre-petition causes of action I had not yet filed or fully identified were schedule-able estate property. I answered No to lines 33 and 34 for that reason.

4. I did not intend to conceal property of the estate. I later recognized that the personal pre-petition causes of action pleaded in the District Court operative pleading (Dkt. 186) are contingent estate assets that should be scheduled and abandoned so I may prosecute them in my own name.

5. I seek leave under Fed. R. Bankr. P. 1009(a) to amend Schedule A/B to list the Reserved Claims as contingent and unliquidated. Good cause exists because the omission was inadvertent, no creditor distribution is at stake (Dkts. 12, 16), and Regions has been on notice since June 11, 2026.

**Reserved Claims and pre-petition accrual**

6. Exhibit A identifies Claims 4, 5, 8, 17, and 28 from the operative First Amended pleading (Dkt. 186). I seek abandonment only of claims accruing before October 4, 2024.

2

DECLARATION OF ANDREW PAUL WILLIAMS

7. Each Reserved Claim arises from the same pre-petition course of conduct: the Equipment Finance Agreement and related dealings through early 2024, as pleaded in Dkt. 186.

8. Pre-petition accrual: Claim 4 (Fraud/Regions) Dkt. 186 paragraphs 87A-87C1; Claim 5 (Negligent misrepresentation/Regions) paragraphs 87J-87L; Claim 8 (Fraud/Ortiz) paragraphs 87W-87X; Claim 17 (Tortious interference/Matheny) paragraphs 117G-117I; Claim 28 (Direct fraud/Matheny) paragraphs 165-167.

9. Each Reserved Claim is asserted in my individual capacity in Dkt. 186. I am not seeking abandonment of claims belonging to Car Wash Management, LLC.

10. On original Schedule A/B, line 19.1, I listed a sixty percent (60%) membership interest in CWM with a stated value of $0.00 (Dkt. 1), reflecting petition-date equity only.

**Trustee demand**

11. On June 11, 2026, I served Trustee Leslie T. Gladstone a written demand to abandon the Reserved Claims by email to candic@flgsd.com and by U.S. Mail to 5656 La Jolla Boulevard, La Jolla, California 92037. Exhibit B is a true and correct copy.

12. As of this filing, Trustee Gladstone has not abandoned the Reserved Claims or provided a substantive response.

**Prejudice and prosecution**

13. Fact discovery in the District Court action closes November 30, 2026 (Dkt. 190).

14. If abandonment is granted, I will prosecute the Reserved Claims at my own expense. This closed no-asset estate has no cash to fund litigation and no distribution mechanism for any recovery (Dkts. 12, 16).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

3

DECLARATION OF ANDREW PAUL WILLIAMS

Executed on ___7/7___, 2026.

Andrew P. Williams
Andrew Paul Williams
Debtor, In Pro Per

4

DECLARATION OF ANDREW PAUL WILLIAMS

Case No. 24-03761-CL7

## EXHIBIT A - RESERVED CLAIMS

Re: In re Andrew Paul Williams, Case No. 24-03761-CL7
Attached to: Motion to Compel Abandonment (11 U.S.C. section 554(b))

The following pre-petition causes of action, asserted in Regions Bank dba
Ascentium Capital v. Car Wash Management, LLC, No. 2:25-cv-00359-CAS-KSx
(C.D. Cal.), First Amended Answer, Affirmative Defenses, Counterclaim,
Cross-Claim, and Third-Party Complaint (Dkt. 186), accrued before the
petition date of October 4, 2024:

| Claim | Title | Against | Dkt. 186 |
|---|---|---|---|
| 4 | Fraud | Regions Bank (through Matheny) | 87A-87C1 |
| 5 | Negligent Misrepresentation | Regions Bank | 87J-87L |
| 8 | Fraud | Jose Rene Ortiz | 87W-87X |
| 17 | Tortious Interference | Peter Matheny | 117G-117I |
| 28 | Direct Fraud | Peter Matheny | 165-167 |

Each claim is contingent, unliquidated, and of nominal expected benefit to this
closed no-asset estate (Dkt. 12). At the petition date, the Debtor's sixty percent
(60%) membership interest in CWM was scheduled at $0.00 (Dkt. 1, Schedule A/B
line 19.1), reflecting petition-date equity only. The Debtor seeks abandonment so
he may prosecute the Reserved Claims at his own expense in the District Court action.

Schedule status: Not listed on original Schedule A/B paragraph 34 (answered "No").
Amended schedule to be filed on reopen.

## EXHIBIT B - DEMAND TO ABANDON RESERVED CLAIMS

Re: In re Andrew Paul Williams, Case No. 24-03761-CL7
Attached to: Declaration of Andrew P. Williams (Motions to Reopen and Compel Abandonment)

Andrew Paul Williams
12641 Antioch Road, Suite #1045
Overland Park, KS 66213
andrew@carwashmgmt.com
(619) 796-6469

June 11, 2026

VIA EMAIL AND U.S. MAIL

Leslie T. Gladstone, Chapter 7 Trustee
leslieg@flgsd.com
candic@flgsd.com
5656 La Jolla Boulevard
La Jolla, California 92037

Re: Demand to Abandon Pre-Petition Litigation Claims  -  Case No. 24-03761-CL7

Mr. Gladstone:

I write as the debtor in the above-referenced Chapter 7 case to demand that you abandon the estate's interest, if any, in the following pre-petition causes of action (the "Reserved Claims") asserted in my individual capacity in Regions Bank dba Ascentium Capital v. Car Wash Management, LLC, No. 2:25-cv-00359-CAS-KSx (C.D. Cal.), First Amended Answer, Affirmative Defenses, Counterclaim, Cross-Claim, and Third-Party Complaint (Dkt. 186):

- Claim 4 (Fraud against Regions Bank)
- Claim 5 (Negligent Misrepresentation against Regions Bank)
- Claim 8 (Fraud against Jose Rene Ortiz)
- Claim 17 (Tortious Interference with Contractual Relations against Peter Matheny)
- Claim 28 (Direct Fraud against Peter Matheny)

Each Reserved Claim accrued before my petition date of October 4, 2024. These claims were not listed on my original Schedule A/B. Under 11 U.S.C. section 554(d), they remain property of the estate until scheduled and abandoned.

This is a closed no-asset case. Your Report of No Distribution (Dkt. 12) reported no property for distribution. I will prosecute the Reserved Claims at my own expense if abandoned to me.

Pursuant to 11 U.S.C. section 554(b) and Federal Rule of Bankruptcy Procedure 6007(b), please abandon the Reserved Claims or respond in writing within fourteen (14) days. If you do not abandon, I will seek court-ordered abandonment.

Very truly yours,


Andrew Paul Williams
Debtor, In Pro Per

## EXHIBIT C - TRUSTEE RESPONSE TO ABANDONMENT DEMAND

Re: In re Andrew Paul Williams, Case No. 24-03761-CL7
Attached to: Declaration of Andrew P. Williams (Motions to Reopen and Compel Abandonment)

From: Leslie Gladstone <leslieg@flgsd.com>
To: andrew@carwashmgmt.com
CC: ronstadtmueller@aol.com
Date: Monday, July 6, 2026, 12:56 PM PDT
Subject: Your bankruptcy case
Gmail Message ID: 19f3900af064c44c

Mr. Williams,

As you know, I was your chapter 7 trustee in your bankruptcy case. The case was closed in early 2025 as a no asset case. I note that you were represented by counsel in your case and so I have copied your prior counsel on this communication.

I do not intend to take any action with regard to your correspondence and/or requesting a motion to reopen the case; it appears that the litigation to which you refer was disclosed in the Statement of Financial Affairs and it does not appear to be of benefit to the estate.

I cannot opine as to whether it was abandoned by operation of law; you would need a judge for that purpose.

Thank you,

Leslie Gladstone

EXHIBIT C - TRUSTEE RESPONSE
Case No. 24-03761-CL7

Andrew Paul Williams
12641 Antioch Road, Suite #1045
Overland Park, Kansas 66213
Telephone: (619) 796-6469
Email: andrew@carwashmgmt.com
Debtor, In Pro Per

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

In re: ANDREW PAUL WILLIAMS, Debtor.
Bankr. Case No. 24-03761-CL7 | Chapter 7 | Judge: Hon. Christopher B. Latham

[PROPOSED] ORDER REOPENING CASE (11 U.S.C. section 350(b))

The Court having considered the Debtor's Motion to Reopen Case pursuant to 11 U.S.C. section 350(b), the supporting Declaration and exhibits, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. This closed Chapter 7 case is REOPENED for the limited purpose of (a) granting leave under Fed. R. Bankr. P. 1009(a) to amend Schedule A/B to list contingent pre-petition litigation claims identified in Exhibit A to the Debtor's Motion to Compel Abandonment, (b) adjudicating that motion, and (c) entering an abandonment order if granted.

2. The Debtor may file amended Schedule A/B within fourteen (14) days after entry of this Order.

3. The Court will set a hearing on the Motion to Compel Abandonment as noticed, or rule contemporaneously if appropriate.

4. This Order does not revoke the Debtor's discharge or reopen the case for general asset administration.

**IT IS SO ORDERED.**

**DATED:** _____, 2026


_____
Hon. Christopher B. Latham
United States Bankruptcy Judge

Andrew Paul Williams
12641 Antioch Road, Suite #1045
Overland Park, Kansas 66213
Telephone: (619) 796-6469
Email: andrew@carwashmgmt.com
Debtor, In Pro Per

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA**

In re: ANDREW PAUL WILLIAMS, Debtor.
Bankr. Case No. 24-03761-CL7 | Chapter 7 | Judge: Hon. Christopher B. Latham

[PROPOSED] ORDER COMPELLING ABANDONMENT (11 U.S.C. section 554(b))

The Court having considered the Debtor's Motion to Compel Abandonment pursuant to 11 U.S.C. section 554(b) and Fed. R. Bankr. P. 6007(b), the supporting Declaration and exhibits, and good cause appearing,

**IT IS HEREBY ORDERED:**

1. The Chapter 7 Trustee, Leslie T. Gladstone, shall abandon the estate's interest, if any, in the Debtor's personal pre-petition causes of action identified in Exhibit A (Claims 4, 5, 8, 17, and 28), limited to claims accruing before the petition date of October 4, 2024.

2. Upon entry, those claims revest in the Debtor, Andrew Paul Williams, who may prosecute them at his own expense.

3. The Trustee shall execute any documents reasonably necessary to effectuate abandonment within fourteen (14) days after entry.

**IT IS SO ORDERED.**

**DATED:** _____, 2026

_____
Hon. Christopher B. Latham
United States Bankruptcy Judge

Andrew Paul Williams
12641 Antioch Road, Suite #1045
Overland Park, Kansas 66213
Telephone: (619) 796-6469
Email: andrew@carwashmgmt.com

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In re: ANDREW PAUL WILLIAMS, Debtor.
Bankr. Case No. 24-03761-CL7 | Chapter 7

### CERTIFICATE OF SERVICE

I, Andrew Paul Williams, declare:

1. I am the Debtor in this case. On ____7/7____, 2026, I served the following documents on the persons and entities listed below by the methods indicated: (a) Notice of Motion (CSD 1182); (b) Debtor's Motion to Reopen Case (11 U.S.C. section 350(b)); (c) Debtor's Motion to Compel Abandonment (11 U.S C. section 554(b)); (d) Declaration of Andrew Paul Williams with Exhibits A, B, and C; (e) Proposed Order Reopening Case; (f) Proposed Order Compelling Abandonment; and (g) CSD 5013 (GO 210) AI Disclosure.

2. Service was made as follows:

A. Leslie T. Gladstone, Chapter 7 Trustee — Email and U.S. Mail — 5656 La Jolla Blvd., La Jolla, CA 92037; candic@flgsd.com

B. Office of the United States Trustee — U.S. Mail — 880 Front Street, Suite 3230, San Diego, CA 92101

C. Regions Bank dba Ascentium Capital, c/o Andrew K. Alper, Frandzel Robins Bloom & Csato, L.C. — U.S. Mail and Email — 1000 Wilshire Boulevard, 19th Floor, Los Angeles, CA 90017-2427; aalper@frandzel.com

3. I will serve any additional scheduled creditors of record by U.S. Mail at the addresses on the claims register or matrix contemporaneously with filing, or as the Court may direct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on _____, 2026.

Andrew P. Williams
Andrew Paul Williams
Debtor, In Pro Per