Andrew Paul Williams

12641 Antioch Road, Suite #1045

Overland Park, KS 66213

Telephone: (619) 796-6469

Email: andrew@carwashmgmt.com

Debtor, In Pro Per

FILED

2026 JUL 16 AM 11: 02

CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re                                Bankr. Case No. 24-03761-CL7

ANDREW PAUL WILLIAMS,                 Chapter 7

    Debtor.

DISCLOSURE AND CERTIFICATION

ON GENERATIVE ARTIFICIAL

INTELLIGENCE USE (CSD 5013)

Judge: Hon. Christopher B. Latham

Pursuant to General Order No. 210, Party: Andrew Paul Williams, Debtor, In Pro Per and Filing Counsel: N/A (pro se) make the following disclosure and certification concerning the use of any generative artificial intelligence ("AI") program in preparing the papers filed concurrently herewith:

- Motion to Reopen Case (11 U.S.C. section 350(b))

- Motion to Compel Abandonment (11 U.S.C. section 554(b))

- Declaration of Andrew Paul Williams in Support

Disclosure

The following generative AI program(s) was/were used:

Cursor

Certification

The filer certifies that he checked those documents for factual and legal accuracy using print reporters, traditional legal databases, or other reliable means outside of AI.

Executed on ___7/7___, 2026.

Andrew P. Williams
Andrew Paul Williams
Debtor, In Pro Per