Andrew Paul Williams

12641 Antioch Road, Suite #1045

Overland Park, KS 66213

Telephone: (619) 796-6469

Email: andrew@carwashmgmt.com

Debtor, In Pro Per

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

In re                                   Bankr. Case No. 24-03761-CL7

ANDREW PAUL WILLIAMS,                   Chapter 7

    Debtor.

NOTICE OF MOTION AND MOTION

(CSD 1182)

Judge: Hon. Christopher B. Latham

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that on a date and time TO BE SET BY THE COURT pursuant to Local Bankruptcy Rule 9013-6, or as soon thereafter as the matter may be heard in Department 1, United States Bankruptcy Court, Southern District of California, 325 West F Street, San Diego, California 92101, the Debtor, Andrew Paul Williams, will and hereby does move the Court for:

(1) an order reopening this closed Chapter 7 case under 11 U.S.C. section 350(b) for the limited purpose of granting leave under Fed. R. Bankr. P. 1009(a) to amend Schedule A/B, adjudicating abandonment, and entering an abandonment order;

(2) an order compelling the Chapter 7 Trustee, Leslie T. Gladstone, to abandon the estate's interest in the Reserved Claims identified in Exhibit A to the abandonment motion, pursuant to 11 U.S.C. section 554(b) and Fed. R. Bankr. P. 6007(b).

This Notice covers both the Motion to Reopen and the Motion to Compel Abandonment filed concurrently herewith.

The Motion is made under 11 U.S.C. sections 350(b) and 554(b); Fed. R. Bankr. P. 1009(a) and 6007(b); Local Bankruptcy Rules 9013-4 and 9013-6; and the Court's inherent authority.

This Motion is based on this Notice; the Memoranda of Points and Authorities; the Declaration of Andrew Paul Williams and exhibits; the complete files and records in this case; and such oral and documentary evidence as may be presented at the hearing.

Opposition, if any, is due within 14 days after service of this Notice. LBR 9013-6(a)(3).

Dated: __7/7__, 2026

*AP Williams*

Andrew P. Williams
Andrew Paul Williams
Debtor, In Pro Per