# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 7/20/2026 |
| Case: 24–03761–CL7 | Form ID: 185 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Andrew Paul Williams          12136 Avenida Sivrita          San Diego, CA 92121

TOTAL: 1