Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Party In Interest
 Regions Bank

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 24-03761-CL7 |
|---|---|
| ANDREW PAUL WILLIAMS, | Chapter 7 |
| Debtor. | **REQUEST FOR SPECIAL NOTICE BY PARTY IN INTEREST REGIONS BANK** |

6009194v2 | 100287-0289

REQUEST FOR SPECIAL NOTICE BY CREDITOR EASTERN FUNDING, LLC

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

TO:  THE CLERK OF THE BANKRUPTCY COURT, THE OFFICE OF THE UNITED STATES TRUSTEE, THE DEBTOR  THE DEBTOR'S COUNSEL OF RECORD, AND OTHER PARTIES IN INTEREST AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE that REGIONS BANK,** an interested party in the above captioned Chapter 7 case, pursuant to Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") 2002 and 9007, hereby requests special notice of all matters which may come before the above-referenced Bankruptcy Court (the "Court"), including, without limitation, the notices and papers referred to in Bankruptcy Rules 2002 and 9007, and also including, without limitation, all applications, complaints, demands, hearings, motions, objections, notices of orders, proposed orders, conformed copies of orders, petitions, pleadings, reports, requests, schedules and amended schedules, stipulations, and any other matter before the Court in this case, whether formal or informal, whether written or oral, and whether or not specifically provided for in the Bankruptcy Rules.

Regions Bank requests that all such matters, whether sent by the Court, the trustee, debtor, or any other creditor or party in the case, be sent to the following address:

Regions Bank
c/o Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, 19th Floor
Los Angeles, California 90017
Attn:  Andrew K. Alper
Email: aalper@frandzel.com

Pursuant to Federal Rules of Bankruptcy Procedure, Rule 2002(g), the above name and address should be added to the Court's master mailing list.

Neither this request for special notice nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct, shall constitute a waiver of Regions Bank's:

(i)  rights to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

(ii)  right to trial by jury in any proceedings as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or

REQUEST FOR SPECIAL NOTICE BY REGIONS BANK

proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute of the United States Constitution;

(iii) right to have the reference of these matters withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

(iv) other rights claims, actions, defenses, setoffs, recoupments or other matters to which Eastern Funding, LLC is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved by Regions Bank without exception and with no purpose of confessing or conceding the jurisdiction or venue of the Court or venue of the cases in any way by this filing.

DATED:  July 22, 2026

FRANDZEL ROBINS BLOOM & CSATO, L.C.

By: _____
ANDREW K. ALPER
Attorneys for REGIONS BANK

6009194v2 | 100287-0289

2

REQUEST FOR SPECIAL NOTICE BY REGIONS BANK

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, NINETEENTH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000