CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

Andrew K. Alper (State Bar No. 088876)
aalper@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Attorneys for Party In Interest Regions Bank

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
ANDREW PAUL WILLIAMS

Debtor(s)

BANKRUPTCY NO.   24-03761-CL7

Plaintiff(s)

ADVERSARY NO.

v.

Defendant(s)

# PROOF OF SERVICE

I, ___Lexi Villarreal___ am a resident of the State of California, over the age of 18 years, and not a party to this action.

On ___July 22, 2026___ , I served the following documents:

REQUEST FOR SPECIAL NOTICE BY PARTY IN INTEREST REGIONS BANK

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On ___July 22, 2026___ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Martin A. Eliopulos     elio@higgslaw.com
Ronald E. Stadtmueller     ronstadtmueller@aol.com

☒          Chapter 7 Trustee:   Leslie T. Gladstone - candic@flgsd.com, christinb@flgsd.com; sandray@flgsd.com;
                                                 ltg@trustesolutions.net; andrewl@flgsd.com; hildam@flgsd.com; natalik@flgsd.com

☒          For Chapter 7, 11, & 12 cases:                    ☐    For Chapter 13 cases:

                 UNITED STATES TRUSTEE                                MICHAEL KOCH, TRUSTEE
                 ustp.region15@usdoj.gov                                mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2.    **Served by United States Mail**:

On   July 22, 2026   , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

1. Andrew Paul Williams - 12641 Antioch Rd. Suite # 1045 Overland Park, KS 66213-1701
2. Andrew Paul Williams - 12136 Avenida Sivrita, San Diego, CA 92121
3. Ronald E. Stadtmueller - 10755 Scripps Poway Pkwy., #370, San Diego, CA 92131
4. Leslie T. Gladstone, Trustee - 5656 La Jolla Blvd., La Jolla, CA 92037
5. United States Trustee - Office of the U.S. Trustee - 880 Front Street, Suite 3230, San Diego, CA 92101

3.    **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on   _____   , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   July 22, 2026            /s/ Lexi Villarreal
            (Date)                 (Typed Name and Signature)

                        1000 Wilshire Boulevard, Nineteenth Floor
                         (Address)

                        Los Angeles, California 90017-2427
                         (City, State, ZIP Code)