NTF
Rev. 02/25

# United States Bankruptcy Court
## Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 8:30am – 4:30pm Monday–Friday

**Andrew Paul Williams**
 12136 Avenida Sivrita
San Diego, CA 92121
xxx–xx–6131
*No Known Aliases*

Case number:  24–03761–CL7
Chapter:  7
Judge  Christopher B. Latham

### Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **20–25**    filed on: **7/16/26**
Title of Document: **Motion to Reopen and Motion to Compel**

Pursuant to the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules and Administrative Procedures 1.12 Correcting Filing or Docket Errors, the following errors or deficiencies have been found with your filed document:

 Visit the Court website CM/ECF Training & Registration page. The training focuses on court–specific filing requirements and is available online for you to complete at your own pace with training video included. If you have questions, please contact the Case Administrator assigned to your case https://www.casb.uscourts.gov/court_phonelist.

**ACTION TAKEN BY COURT**

☑  Atty/Debtor/Movant contacted on **7/22/26**          via ☐  Tel/Voice Mail          ☑  Email ☑  Mail or Other

**OTHER:  These motions were filed without Debtors attorney of record, Mr. Stadtmueller. The court will not consider pro se motions by represented parties. Please reach out to Mr. Stadtmueller at (858) 564–9310 for guidance.**

Dated: 7/22/26

Mark Schnakenberg
Clerk of the Bankruptcy Court