# Notice Recipients

District/Off: 0974–3          User: Admin.          Date Created: 7/22/2026

Case: 24–03761–CL7          Form ID: 185          Total: 2

**Recipients of Notice of Electronic Filing:**

aty          Ronald E. Stadtmueller          ronstadtmueller@aol.com

                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Andrew Paul Williams          12136 Avenida Sivrita          San Diego, CA 92121

                                                                    TOTAL: 1