NTF
Rev. 02/25

United States Bankruptcy Court
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 8:30am – 4:30pm Monday–Friday

**Andrew Paul Williams**
12136 Avenida Sivrita
San Diego, CA 92121
xxx–xx–6131
*No Known Aliases*

Case number: 24–03761–CL7
Chapter: 7
Judge Christopher B. Latham

**Notice To Filer Of Errors And/Or Deficiencies in Documents**

Document Number **20–25** filed on: **7/16/26**
Title of Document: **Motion to Reopen and Motion to Compel**

Pursuant to the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules and Administrative Procedures 1.12 Correcting Filing or Docket Errors, the following errors or deficiencies have been found with your filed document:

Visit the Court website CM/ECF Training & Registration page. The training focuses on court–specific filing requirements and is available online for you to complete at your own pace with training video included. If you have questions, please contact the Case Administrator assigned to your case https://www.casb.uscourts.gov/court_phonelist.

**ACTION TAKEN BY COURT**

☑ Atty/Debtor/Movant contacted on **7/22/26** via ☐ Tel/Voice Mail ☑ Email ☑ Mail or Other

**OTHER:** **These motions were filed without Debtors attorney of record, Mr. Stadtmueller. The court will not consider pro se motions by represented parties. Please reach out to Mr. Stadtmueller at (858) 564–9310 for guidance.**

Dated: 7/22/26

Mark Schnakenberg
Clerk of the Bankruptcy Court

United States Bankruptcy Court
Southern District of California

In re:
Andrew Paul Williams
Debtor

Case No. 24-03761-CL
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0974-3 User: Admin. Page 1 of 2
Date Rcvd: Jul 22, 2026 Form ID: 185 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew Paul Williams, 12136 Avenida Sivrita, San Diego, CA 92128-4547 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew K. Alper | on behalf of Interested Party Regions Bank dba Ascentium Capital aalper@frandzel.com autodocket@frandzel.com,lvillarreal@frandzel.com |
| Leslie T. Gladstone | candic@flgsd.com christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com |
| Martin A. Eliopulos | on behalf of Plaintiffs Nick Ashton elio@higgslaw.com |
| Martin A. Eliopulos | on behalf of Plaintiffs Sandra Ashton elio@higgslaw.com |
| Martin A. Eliopulos | on behalf of Plaintiffs Erik Anderson elio@higgslaw.com |
| Ronald E. Stadtmueller | |

| | |
|---|---|
| | on behalf of Debtor Andrew Paul Williams ronstadtmueller@aol.com |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 7