CSD 3011 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Andrew Paul Williams, Debtor, In Pro Per
12641 Antioch Road, Suite #1045
Overland Park, KS 66213
Telephone: (619) 796-6469
Email: andrew@carwashmgmt.com

Order Entered on
August 24, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>Andrew Paul Williams<br>Debtor | BANKRUPTCY NO. 24-03761-CL7 |
| Plaintiff(s) | ADVERSARY NO. |
| v.<br>Defendant(s) | |

## SUBSTITUTION OF ATTORNEY AND ORDER THEREON

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages.

//

//

//

//

DATED: August 24, 2026

[signature]
Judge, United States Bankruptcy Court

1 The name of the party making this Substitution of Attorney is : Andrew Paul Williams

2 The Present Attorney is substituted out as attorney or record.

Specify name of Present Attorney: Ronald E. Stadtmueller

3 In place and stead of the Present Attorney, the Party's new legal representative will be:

☐ New Attorney ☑ Party representing self.

4 The name, address and telephone number of the New Attorney are:

Attorney Name: Andrew Paul Williams State Bar Number

Address: 12641 Antioch Road, Suite #1045
Overland Park, KS 66213

Telephone: (619) 796-6469 Facsimile

E-Mail (Optional): andrew@carwashmgmt.com

5. New Attorney hereby appears in the following matters: ☑ Bankruptcy Case ☐ The above Adversary Proceeding

I consent to this substitution.

Dated:

Signature of Party

Type Name of Party: Andrew Paul Williams

---

I consent to this substitution.

Dated: 8.21.26

Signature of Present Attorney

Type Name of Present Attorney: Ronald E. Stadtmueller

---

I consent to this substitution. I am duly admitted to practice in this district.

Dated:

Signature of New Attorney

Type Name of New Attorney: Andrew Paul Williams

---

**IMPORTANT NOTICE**

The filing of this Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.



Signed by Judge Christopher B. Latham August 24, 2026