# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974−3 | User: Admin. | Date Created: 8/24/2026 |
| Case: 24−03761−CL7 | Form ID: pdfO1 | Total: 2 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Leslie T. Gladstone | candic@flgsd.com |

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Andrew Paul Williams | 12136 Avenida Sivrita | San Diego, CA 92121 |

TOTAL: 1