CSD 3011 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Andrew Paul Williams, Debtor, In Pro Per
12641 Antioch Road, Suite #1045
Overland Park, KS 66213
Telephone: (619) 796-6469
Email: andrew@carwashmgmt.com

Order Entered on
August 24, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>Andrew Paul Williams<br>Debtor | BANKRUPTCY NO. 24-03761-CL7 |
| Plaintiff(s) | ADVERSARY NO. |
| v.<br>Defendant(s) | |

## SUBSTITUTION OF ATTORNEY AND ORDER THEREON

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages.

//

//

//

//

DATED: August 24, 2026

Judge, United States Bankruptcy Court

1 The name of the party making this Substitution of Attorney is : Andrew Paul Williams

2 The Present Attorney is substituted out as attorney or record.

Specify name of Present Attorney: Ronald E. Stadtmueller

3 In place and stead of the Present Attorney, the Party's new legal representative will be:

☐ New Attorney ☑ Party representing self.

4 The name, address and telephone number of the New Attorney are:

Attorney Name: Andrew Paul Williams State Bar Number

Address: 12641 Antioch Road, Suite #1045
Overland Park, KS 66213

Telephone: (619) 796-6469 Facsimile

E-Mail (Optional): andrew@carwashmgmt.com

5. New Attorney hereby appears in the following matters: ☑ Bankruptcy Case ☐ The above Adversary Proceeding

I consent to this substitution.

Dated:

Signature of Party

Type Name of Party: Andrew Paul Williams

---

I consent to this substitution.

Dated: 8.21.26

Signature of Present Attorney

Type Name of Present Attorney: Ronald E. Stadtmueller

---

I consent to this substitution. I am duly admitted to practice in this district.

Dated:

Signature of New Attorney

Type Name of New Attorney: Andrew Paul Williams

---

**IMPORTANT NOTICE**

The filing of this Substitution of Attorney form does not obviate the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.



Signed by Judge Christopher B. Latham August 24, 2026

United States Bankruptcy Court
Southern District of California

In re: Andrew Paul Williams, Debtor

Case No. 24-03761-CL
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0974-3 | User: Admin. | Page 1 of 2
Date Rcvd: Aug 24, 2026 | Form ID: pdfO1 | Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrew Paul Williams, 12136 Avenida Sivrita, San Diego, CA 92128-4547 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew K. Alper | on behalf of Interested Party Regions Bank dba Ascentium Capital aalper@frandzel.com autodocket@frandzel.com,bwilson@frandzel.com |
| Leslie T. Gladstone | candic@flgsd.com christinb@flgsd.com;sandray@flgsd.com;ltg@trustesolutions.net;andrewl@flgsd.com;hildam@flgsd.com;natalik@flgsd.com |
| Martin A. Eliopulos | on behalf of Plaintiffs Nick Ashton elio@higgslaw.com |
| Martin A. Eliopulos | on behalf of Plaintiffs Sandra Ashton elio@higgslaw.com |
| Martin A. Eliopulos | on behalf of Plaintiffs Erik Anderson elio@higgslaw.com |

| | |
|---|---|
| Ronald E. Stadtmueller | on behalf of Debtor Andrew Paul Williams ronstadtmueller@aol.com |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 7